**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA

VS.

**DOMINIC FERGUSON**,

Supervised Releasee

NO. 5: 00-CR-63 (WDO)

**RE: VIOLATION OF SUPERVISED RELEASE**

# O R D E R

DOMINIC FERGUSON, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for hearing under provisions of Rule 32.1 of the *Federal Rules of Criminal Procedure*.  He was represented by Ms. Laura Hogue of the Macon Bar.  He was advised of the nature of the proceedings against him and of his legal and constitutional rights.  Based upon the statements of counsel for Mr. Ferguson, the undersigned finds probable cause to believe that Mr. Ferguson has violated conditions of supervised release so that a *FINAL* hearing under Rule 32.1(a)(2) ought to be scheduled.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE that Mr. Ferguson has violated several conditions of supervision, including a mandatory condition of supervision by using a controlled substance on three occasions. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said supervised releasee shall appear before the Honorable Wilbur D. Owens, Jr. district judge, for a FINAL HEARING as directed by Judge Owens.  The Clerk of Court is directed to forward this order and the within file to Judge Owens for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 26th day of SEPTEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE